IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN BLEVINS,

       Plaintiff,                     No. 2:11-cv-3475 KJN P

       vs.

RAYMOND MARIN, JR., et al.,

       Defendants.               <u>ORDER</u>

         Defendants have filed an ex parte motion to modify the Discovery and Scheduling Order, issued January 23, 2013 (Dkt. No. 13), for the purpose of extending the discovery deadline and to allow additional time within which to file a motion to compel. Defendants seek a two-week extension of time, and intend to file a motion to compel plaintiff's responses to defendants' production request. Defendants state that plaintiff produced documents without serving his responses; however, plaintiff fully responded to defendants' interrogatories and request for admissions. Defendants' counsel further states that she was delayed in pursuing this matter due to a family medical emergency. The current discovery deadline is May 10, 2013. (Dkt. No. 13 at 6.)

         Defendants' motion will be granted, with additional time, to provide defendants the opportunity to re-serve their production request, and for plaintiff to serve his responses

1

1 thereto, including any additional responsive documents.  The parties are encouraged to resolve
2 the instant dispute without judicial intervention.

       For good cause shown, IT IS HEREBY ORDERED that:

       1.  Defendants' motion to extend the discovery deadline (Dkt. No. 16), is granted.

       2.  The discovery deadline is extended to May 31, 2013.

       3.  Within five days after the filing date of this order, defendants shall re-serve their production request upon plaintiff, together with a letter of explanation and a copy of this order.

       4.  Within ten days after re-service of defendants' production request, plaintiff shall serve defendants with his written responses to the request, and any additional responsive documents.

       SO ORDERED.

DATED:  May 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blev3475.eot.disc