IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN BLEVINS,

    Plaintiff,                   No. 2:11-cv-3475 KJN P

    vs.

RAYMOND MARIN, JR., et al.,

    Defendants.              <u>ORDER</u>

         Defendants seek clarification of this court's order filed May 16, 2013.  Pursuant to defendants' request, that order extended the discovery deadline in this action to May 31, 2013, and instructed the parties to re-serve, and further respond to, the subject production request. Defendants now inquire whether they are permitted to file a motion to compel further discovery within the extended discovery deadline.  Yes.  The court's original Discovery and Scheduling Order provides that "[a]ny motions necessary to compel discovery shall be filed by [the discovery deadline]."  (ECF No. 13 at 6.)  Accordingly, any party may file a discovery motion in this action on or before the extended discovery deadline of May 31, 2013.  Nevertheless, as the court emphasized in its recent order, "[t]he parties are encouraged to resolve the instant [discovery]

////

////

1

1  dispute without judicial intervention." While it is preferable that the parties informally resolve
2  this, or any other, discovery dispute, no party is precluded from filing any motion to compel
3  discovery within the extended discovery deadline.
4  DATED: May 23, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

blev3475.clar