IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN BLEVINS,

      Plaintiff,                    No. 2:11-cv-3475 KJN P

   vs.

RAYMOND MARIN, JR., et al.,

      Defendants.          ORDER

_____/

      Good cause appearing, IT IS HEREBY ORDERED that the motion of defendants (ECF No. 22), to extend the dispositive motion deadline in this action until after the court rules on the pending discovery matters, is GRANTED. The prior deadline of August 2, 2013 (see ECF No. 13), is vacated. The new deadline for filing dispositive motions shall be 60 days after the court's ruling on the pending discovery matters.

      SO ORDERED.

DATED: September 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/blev3475.eot.DDL

1