IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GLENN BLEVINS,**<br><br>Plaintiff,<br><br>v.<br><br>**RAYMOND MARIN JR., BRIAN EDWARDS,**<br><br>Defendants. | 2:11-cv-3475 KJN<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by and between Plaintiff Glenn Blevins, in pro per, and Defendants Brian S. Edwards and Raymond Marin, Jr., by and through their attorney of record, that the entire action, including any and all claims against Defendants arising from this action, be dismissed with prejudice.

In exchange for the dismissal of this case, Defendants Brian S. Edwards and Raymond Marin, Jr. hereby agree to waive their right to recover any costs against Plaintiff associated with this matter.

////

////

**IT IS SO STIPULATED**

Dated:  November  19 , 2013                    PLAINTIFF IN PRO PER

                                               */s/ Glenn Blevins*
                                               GLENN BLEVINS

Dated:  November  25 , 2013                    KAMALA D. HARRIS
                                               Attorney General of California
                                               ALBERTO L. GONZÁLEZ
                                               Supervising Deputy Attorney General

                                               */s/ Jennifer Marquez*
                                               JENNIFER MARQUEZ
                                               Deputy Attorney General
                                               Attorney for Defendants Brian S. Edwards
                                               and Raymond Marin, Jr.

### ORDER

The stipulation of the parties to dismiss the action with prejudice, including any and all claims against Defendants arising from this action, having been read and considered,

**IT IS HEREBY ORDERED** that the entire action, including any and all claims against Defendants arising from this action, are dismissed with prejudice.  Defendants Brian S. Edwards and Raymond Marin, Jr., waive their right to recover any costs against Plaintiff associated with this matter in exchange for the dismissal of this case.

Dated:  November 26, 2013

/blev3475.prop.ord.dsms

                                               _____
                                               KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE